```
                              United States Bankruptcy Court
                               Eastern District of Wisconsin
```

In re:                                                              Case No. 12-29393-mdm
Titania N. Cosey                                                    Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0757-2         User: pcw              Page 1 of 1                Date Rcvd: Nov 18, 2015
                             Form ID: pdf5          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2015.
db              +Titania N. Cosey,   2427 Hayes Ave.,   Racine, WI 53405-4227

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2015                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2015 at the address(es) listed below:
              Andrew E. Houha     on behalf of Creditor    Bank of America, N.A. bkecfnotices@johnsonblumberg.com
              Andrew M. Golanowski    on behalf of Debtor Titania N. Cosey wal@geracilaw.com
              Josephine J. Miceli    on behalf of Creditor    Bank of America, N.A. jo@johnsonblumberg.com
              Josephine J. Miceli    on behalf of Creditor    Carrington Mortgage Services, LLC
               jo@johnsonblumberg.com
              Kathryn Kay MacKenzie     on behalf of Debtor Titania N. Cosey wal@geracilaw.com
              Mary B. Grossman     ecf@chapter13milwaukee.com,  mgwi_ecf@trustee13.com
              Michael Edward Holsen    on behalf of Debtor Titania N. Cosey wal@geracilaw.com
              Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
                                                                                             TOTAL: 8

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: November 18, 2015



Margaret Dee McGarity
United States Bankruptcy Judge

## United States Bankruptcy Court
## Eastern District of Wisconsin

IN RE: TITANIA N. COSEY

Case No.: 12-29393-MDM

Debtor

Chapter: 13

### ORDER CONFIRMING MODIFIED PLAN

The debtor's modified plan was filed on October 23, 2015. The modified plan was transmitted to those creditors required by Bankruptcy Rule 3015 or Order of the Court, and no objections were filed.

Upon review of the modified plan and the entire file in this case, the Court finds that the modified plan meets the requirements of 11 U.S.C. Section 1325.

IT IS ORDERED THAT:

The debtor's modified chapter 13 plan is confirmed, with the following provisions. (This is only a summary, consult the modified plan for additional details.)

1. Payments: $690.00 Monthly

2. The modified plan projects unsecured claims will receive: Not less than $1,173.00

3. Other provisions that have changed from the most recently confirmed Chapter 13 plan are: None.

4. All other terms and conditions of the previous Order Confirming Plan remain in full force and effect.

#####